# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2016

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| GIBBONS, JULIA S. | US COURT OF APPEALS SIXTH CIRCUIT | 06/12/2017 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. CIRCUIT JUDGE (ACTIVE) | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2016<br>to<br>12/31/2016 |

**7. Chambers or Office Address**

970 FEDERAL BUILDING
167 N MAIN STREET
MEMPHIS, TN 38103

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| GIBBONS, JULIA S. | 06/12/2017 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2016 | STATE OF TN: SALARY AS COMMISSIONER OF SAFETY & HOMELAND SECURITY - JANUARY THROUGH AUGUST |
| 2. 2016 | SHELBY COUNTY, TN: RETIREMENT |
| 3. 2016 | STATE OF TN: UNIVERSITY OF MEMPHIS - SEPTEMBER THROUGH DECEMBER 2016 |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| GIBBONS, JULIA S. | 06/12/2017 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | U.S. BANK | CREDIT CARD | K |
| 2. | CHASE VISA | CREDIT CARD | K |
| 3. | AMERICAN EXPRESS | CREDIT CARD | K |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| GIBBONS, JULIA S. | 06/12/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. IRA-EQUITABLE ANNUITY-EQUIVEST GUARANTEED INT ACCOUNT | A | Interest | | | Distributed | 03/31/16 | K | E | |
| 2. SUNTRUST-MEMPHIS, TN | A | Interest | K | T | | | | | |
| 3. FEDERAL BLDG. FEDERAL CREDIT UNION ACCOUNT | A | Interest | K | T | | | | | |
| 4. STATE OF TN 401(K) | | | | | | | | | |
| 5. -FIDELITY PURITAN FUND | A | Dividend | K | T | | | | | |
| 6. -NATIONWIDE BANK | | None | J | T | | | | | |
| 7. IRA ROLLOVER RETIREMENT PLAN | | | | | | | | | |
| 8. -AMERICAN FUNDS:INVESTMENT FUND OF AMERICA | A | Dividend | K | T | | | | | |
| 9. -FRANKLIN FDS: MUTUAL GLOBAL DISCOVERY | A | Dividend | J | T | | | | | |
| 10. -IVY FDS: ASSET STRATEGY FUND | | None | J | T | | | | | |
| 11. -VOYA EMERGING MARKET FUND CL A | A | Dividend | J | T | | | | | |
| 12. -PIMCO TOTAL RETURN CLASS A | A | Dividend | J | T | | | | | |
| 13. -GOLDMAN SACHS GLOBAL CD | | None | J | T | | | | | |
| 14. -PACIFIC LIFE OPTIMIZATION MODERATE AGGRESSIVE CL A | B | Dividend | K | T | | | | | |
| 15. -ALTRIA GROUP | A | Dividend | J | T | Sold (part) | 10/18/16 | J | A | |
| 16. -SUNAMERICA FOCUSED DIVIDEND STRATEGY | A | Dividend | J | T | | | | | |
| 17. -REACHLOCAL INC | | None | | | Sold | 08/15/16 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| GIBBONS, JULIA S. | 06/12/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -YAHOO INC | | None | | | Sold | 11/30/16 | J | A | |
| 19. -ARGOS THERAPEUTICS INC | | None | J | T | | | | | |
| 20. -ARBUTUS PHARMACEUTICALS CORP | | None | J | T | | | | | |
| 21. -GLU MOBILE INC | | None | J | T | | | | | |
| 22. -MICRON TECHNOLOGY INC | | None | | | Sold | 12/08/16 | J | A | |
| 23. -MARATHON OIL CORP | A | Dividend | K | T | | | | | |
| 24. -GABELLI HEALTHCARE & WELLNESS TRUST | A | Dividend | | | Sold | 07/13/16 | J | A | |
| 25. -EATON VANCE HIGH INCOME 2021 TARGET | A | Dividend | J | T | Buy | 05/25/16 | J | | |
| 26. -NUVEEN HIGH INCOME NOVEMBER 2021 TARGET | A | Dividend | J | T | Buy | 08/23/16 | J | | |
| 27. -NATIONAL GENL HLDGS | | None | | | Buy | 06/29/16 | J | | |
| 28. | | | | | Sold | 08/23/16 | J | A | |
| 29. -STIFEL BANK | A | Interest | K | T | Open | 09/29/16 | J | | |
| 30. AXA EQUITABLE LIFE INS CO: UNIVERSAL LIFE | B | Interest | J | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| GIBBONS, JULIA S. | 06/12/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| GIBBONS, JULIA S. | 06/12/2017 |

## IX. CERTIFICATION.

    I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

    I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ JULIA S. GIBBONS**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544